DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| 028P15 | The Town of Black Mountain and The County of Buncombe, North Carolina v. Lexon Insurance and Bond Safeguard Insurance Company | Defs' PDR Under N.C.G.S. § 7A-31 (COA14-740) | Denied |
|---|---|---|---|
| 040P15 | State v. Napoleon Junior Rankins | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Guilford County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 042P15 | State v. Reginald U. Fullard | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Forsyth County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 043P15 | State v. Reginald U. Fullard | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Forsyth County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 044P15 | Jo Ann Ward v. Mark E. Fogel and William B. Wright, Jr., as Co-Trustees under certain trust agreements dated February 1, 2005 and January 1, 2006, et al. | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-417) | Denied |
| 046P08-2 | State v. Rodney Christopher Craig | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Mecklenburg County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 047P15 | Sherie Powell v. Emily Christopherson and Unnamed Insurance Company | Def Christopherson's PDR Under N.C.G.S. § 7A-31 (COA14-659) | Denied |